**Order filed June 11, 2013.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-12-01126-CR

_____

**NOEL GALVAN CERNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 155th District Court**
**Austin County, Texas**
**Trial Court Cause No. 2009R-0088**

## ORDER

The reporter's record in this case was originally due **January 18, 2013**, but it was not filed. *See* Tex. R. App. P. 35.1. On January 28, 2013, this court ordered the court reporter to file the record within 30 days. On February 15, 2013, Vicki L. Brown, the court reporter responsible for this record, filed a request for an extension of time of over 90 days to file the record until April 30, 2013. The court granted an extension until March 21, 2013. When the court reporter failed to file

the record, on April 2, 2013, this court ordered the court reporter to file the record within 30 days, and instructed the court reporter that if the record was not filed, the court would consider ordering the trial court to conduct a hearing to determine the reason for failure to file the record. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). It is the trial court's responsibility to arrange for substitute reporters, if necessary, so that the appellate record may be completed and filed in a timely manner.

On April 10, 2013, the court reporter filed a second request for an extension of time to file the record. Due to the circumstances presented in the motion, including the size of the record, the court granted a final extension of time to file the reporter's record in this appeal until May 15, 2013. The court advised the court reporter that no further extensions of time would be granted.

The record was not filed in response to our order. Instead, Vicki L. Brown filed a further request for an extension of time, but only until May 25, 2013. The court granted the request and again advised Ms. Brown that no further extensions would be granted. To date, the record has not been filed. Accordingly, we issue the following order:

We order **Vicki L. Brown** to file the reporter's record in this case on or before **July 1, 2013.** If Vicki L. Brown does not timely file the record as ordered, the court will issue a show cause order directing her to appear before this court on a date certain to show cause why she should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM